# Sam Mormino

**From:** Sam Mormino [sam@mvslawyers.com]
**Sent:** Tuesday, February 09, 2016 2:49 PM
**To:** 'Ralph Davis Law'
**Cc:** 'Wayne Skigen'
**Subject:** Weir

Ralph,

My client, Matthew Julian, agrees to settle for 20k, contingent upon settlement, dismissal w/ prejudice of all claims against all parties, each side to bear their own costs, signature on releases with confidentiality agreement. Confirm and send Tax ID, and statement regarding satisfaction of liens from settlement proceeds.

Samuel A. Mormino, Jr.
Attorney at Law
3517 College Avenue
Alton, IL 62002
Telephone: 618-465-2541
Fax: 618-462-4032
sam@mvslawyers.com

CONFIDENTIALITY NOTICE: This electronic message is to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unless you are the intended recipient, any copying, use or dissemination of this message is strictly prohibited. If you receive this message in error, please notify us immediately and permanently delete this message from your system without making any copies. Although this electronic message and any attachments are believed to be free of any virus or other defect that might affect computer systems by which it is received or opened, it is the responsibility of the recipient to ensure that it is virus free, and we disclaim any liability for loss or damage arising in any way from its use. Email is not a secure method of communication and any email that is sent to you or by you may be copied and held by various computers it passes through.



EXHIBIT "A" — FRIEND'S