**RALPH DAVIS LAW**
Commerce Bank Building
416 Main Street
Suite 529
Peoria Illinois 61602

February 9, 2016

Samuel A. Mormino, Jr.
MORMINO, VELLOFF & SNIDER, P.C.
3517 College Avenue
Alton, IL 62002

Re:   Weir v. White, Julian & Billy Bob Teeth, Inc.

Dear Mr. Mormino:

I am in receipt of your email requesting confirmation of the agreement, my tax identification and a statement regarding satisfaction of liens. By way of this letter, I address those matters.

First, I have received verbal agreement from my client accepting your offer and acknowledging his responsibility for any possible lien. I have forwarded to him via email through Office Depot a document for him to sign confirming his acceptance and responsibility for liens. I expect it back later today.

Second, my tax identification is attached.

Third, there are no liens, but by way of this letter I acknowledge that my client will be responsible for any related liens out of the settlement. I also suggest that you write into the release that, if there are liens, my client is responsible for them.

I hope this has satisfied your concerns. Feel free to contact me on anything else that needs to be addressed.

Very truly yours,

Ralph D. Davis

RDD/dd

enclosure

cc: Mr. Wayne Skigen

**EXHIBIT "B"** (FRIEND'S)

309-676-7707 office    309-676-7706 fax                                   Ralph@RalphDavisLaw.com
                          www.RalphDavisLaw.com