

Wayne Skigen <wskigen@lbtdlaw.com>

## Re: Weir/settlement agreement
1 message

**Wayne Skigen** <wskigen@lbtdlaw.com>  Mon, Feb 15, 2016 at 2:18 PM
To: Ralph Davis Law <ralph@ralphdavislaw.com>
Cc: "sam@mveslawyers.com" <sam@mveslawyers.com>

Attached is an execution copy of the settlement agreement in a .PDF file. Please secure your clients' signatures on it, as it reflects the parties' agreement; separate signed counterparts are fine. I've sent one to my client for his signatures in an individual capacity and on behalf of his corporation.

Wayne D. Skigen



Call our office for an appointment:
618-656-2321
314-877-8623

Lucco, Brown, Threlkeld & Dawson LLP
224 St. Louis Street
P.O. Box 539
Edwardsville, IL 62025
(618) 656-2321 phone
(618) 656-2363 fax
www.lbtdlaw.com

CONFIDENTIALITY NOTICE:

This e-mail transmission and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged as an attorney-client communication or attorney work product. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender and destroy the original transmission and its attachments without reading or saving in any manner.

CIRCULAR 230 NOTICE:

If this communication contains statements concerning taxation, those statements are provided for information purposes only, are not intended to constitute tax advice which may be relied upon to avoid penalties under any federal, state, local or other tax statutes or regulations, and do not resolve any tax issues in your favor. Upon request, we will provide you with express written tax advice after necessary factual development and subject to such conditions and qualifications as we may deem appropriate in the circumstances.

On Mon, Feb 15, 2016 at 9:44 AM, Ralph Davis Law <ralph@ralphdavislaw.com> wrote:

> Looks fine to me.
>
> Ralph D. Davis
> Ralph Davis Law
> 416 Main St.



EXHIBIT "C"

Suite 529
Peoria, IL 61602
309-676-7707 (phone)
309-676-7706 (fax)
309-264-0593 (mobile)
ralph@ralphdavislaw.com
www.ralphdavislaw.com

**From:** Wayne Skigen
**Sent:** Monday, February 15, 2016 9:40 AM
**To:** Ralph Davis Law; sam@mveslawyers.com
**Subject:** Re: Weir/settlement agreement

Understood, Ralph. I hope that your client comes around without our having to involve the court.

I can add a provision that reads as follows:

"**Satisfaction of Liens and Responsibility to Providers.**

Weir represents that there are no liens on any recovery he may obtain in connection with the Action and further acknowledges and agrees that he is solely responsible for satisfying any liens that may be asserted, or any claims from any providers, for legal, healthcare or other services that have been provided to him."

Sam, does this sufficiently address your concern?

Wayne D. Skigen



Call our office for an appointment:
618-656-2321
314-877-8623

**Lucco, Brown, Threlkeld & Dawson LLP**

**224 St. Louis Street**

**P.O. Box 539**

**Edwardsville, IL 62025**

**(618) 656-2321 phone**

**(618) 656-2363 fax**

**www.lbtdlaw.com**

CONFIDENTIALITY NOTICE:

This e-mail transmission and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged as an attorney-client communication or attorney work product. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender and destroy the original transmission and its attachments without reading or saving in any manner.

CIRCULAR 230 NOTICE:

If this communication contains statements concerning taxation, those statements are provided for information purposes only, are not intended to constitute tax advice which may be relied upon to avoid penalties under any federal, state, local or other tax statutes or regulations, and do not resolve any tax issues in your favor. Upon request, we will provide you with express written tax advice after necessary factual development and subject to such conditions and qualifications as we may deem appropriate in the circumstances.

> On Mon, Feb 15, 2016 at 9:16 AM, Ralph Davis Law <ralph@ralphdavislaw.com> wrote:
>
>> Wayne,
>>
>> This agreement looks fine.
>>
>> There are no liens to this file, but you can put language in to protect yourself.
>>
>> Mr. Weir has not signed the paperwork I have sent him. It looks like he will indeed renounce the agreement. However, as soon as this agreement is fully drafted, I will send it to him.
>>
>> I will be out of the office for hearings and depositions in Champaign for the next two days and in depositions

on Thursday here. I am in the office all day today.

Ralph D. Davis
Ralph Davis Law
416 Main St.
Suite 529
Peoria, IL 61602
309-676-7707 (phone)
309-676-7706 (fax)
309-264-0593 (mobile)
ralph@ralphdavislaw.com
www.ralphdavislaw.com

---

**From:** Wayne Skigen
**Sent:** Monday, February 15, 2016 7:51 AM
**To:** Ralph Davis; sam@mveslawyers.com
**Subject:** Weir/settlement agreement

Ralph/Sam,

Attached for your review is a draft of a settlement and release agreement. I have not yet run it by my clients; I first want to have it in a form meeting your approval before I obtain my clients' approval.

Sam, I think you mentioned a provision regarding plaintiffs' responsibility for satisfying any liens. If you want such a provision in this agreement, please supply some suggested language; or, if that is a separate document, why don't you circulate it for review.

Thanks.

Wayne D. Skigen



Call our office for an appointment:
618-656-2321
314-877-8623

**Lucco, Brown, Threlkeld & Dawson LLP**

**224 St. Louis Street**

**P.O. Box 539**

**Edwardsville, IL 62025**

**(618) 656-2321 phone**

**(618) 656-2363 fax**

**www.lbtdlaw.com**

CONFIDENTIALITY NOTICE:

This e-mail transmission and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged as an attorney-client communication or attorney work product. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender and destroy the original transmission and its attachments without reading or saving in any manner.

CIRCULAR 230 NOTICE:

If this communication contains statements concerning taxation, those statements are provided for information purposes only, are not intended to constitute tax advice which may be relied upon to avoid penalties under any federal, state, local or other tax statutes or regulations, and do not resolve any tax issues in your favor. Upon request, we will provide you with express written tax advice after necessary factual development and subject to such conditions and qualifications as we may deem appropriate in the circumstances.

**Settlement and Release Agreement.pdf**
245K