# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS R. WEIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-0223-SMY-DGW |
| ) | |
| JONAH J. WHITE, an individual, ) | |
| MATTHEW G. JULIAN, an individual, and ) | |
| BILLY BOB TEETH, INC., a domestic ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF INSTANTER

Comes now, Ralph D. Davis, of Ralph Davis Law, attorney for the Plaintiff, Dennis R. Weir, and moves this Court to allow Movant to withdraw as attorney for Plaintiff Instanter. In support of his motion, Movant states as follows:

1. On April 1, 2016 Defendants Jonah J. White, Matthew G. Julian and Billy Bob Teeth, Inc. filed their Joint Motion to Enforce Settlement [hereinafter "Enforcement Motion"].

2. In their motion, Defendants made various allegations about settlement and negotiations about which Movant has material knowledge.

3. Accordingly, the aforementioned motion places Movant in the position of being a material witness in this issue of this case.

4. Additionally, irreconcilable differences between Movant and Plaintiff have developed that make it impossible for Movant to represent Plaintiff's position regarding the aforementioned Enforcement Motion without Movant also violating Federal Rule of Civil Procedure 11.

1

WHEREFORE, Movant prays that this Court will grant his motion and order that he may withdraw as attorney for Plaintiff Instanter.

        RALPH D. DAVIS, Movant,

        By: <u>S/ Ralph D. Davis</u>
        Ralph D. Davis
        Illinois Atty. #6196388
        (Lead Counsel Designate)
        RALPH DAVIS LAW
        416 Main St.
        Suite 529
        Peoria, IL 61602
        309-676-7707 (phone)
        309-676-7706 (fax)
        ralph@ralphdavislaw.com
        filings@ralphdavislaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2016, I caused to be electronically filed the foregoing **MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF INSTANTER** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| Wayne D Skigen | Samuel A Mormino, Jr. |
| LUCCO, BROWN, THREKKELD & DAWSON, LLP | MORMINO, VELLOFF & SNIDER, PC |
| 224 St. Louis Street | 3517 College Avenue |
| P. O. Box 539 | Alton, IL 62002 |
| Edwardsville, IL 62025 | Email: sam@mveslawyers.com |
| wskigen@lbtdlaw.com | usdc@mveslawyers.com |

      I also hereby certify that on April 1, 2016, I caused to be mailed the foregoing **MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF INSTANTER** to Dennis R. Weir, by placing it in a pre-paid envelope and depositing said envelope with the U.S. Postal Service in Peoria, Illinois addressed to the following:

Mr. Dennis Weir
2014 SW 17th Avenue
Cape Coral, FL 33991

      I further certify that on April 1, 2016, I caused to have a licensed private service provider to perform personal service of the foregoing **MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF INSTANTER** upon Plaintiff and will file an affidavit of service upon receipt of same.

      S/ Ralph D. Davis
      Ralph D. Davis
      Bar No. 6196388
      RALPH DAVIS LAW
      416 Main St.
      Suite 529
      Peoria, IL 61602
      309-676-7707 (phone)
      309-676-7706 (fax)
      Email: ralph@ralphdavislaw.com
            filings@ralphdavislaw.com