IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS R. WEIR, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>JONAH J. WHITE, an individual, )<br>MATTHEW G. JULIAN, an individual, and )<br>BILLY BOB TEETH, INC., a domestic )<br>corporation, )<br>)<br>      Defendants. ) | Case No. 15-0223-SMY-DGW |

**NOTICE OF COMPLIANCE**

Comes now, Ralph D. Davis, attorney for Plaintiff DENNIS R. WEIR, and gives notice to this Court that he has complied with the Order in Docket Entry, dated April 4, 2016.

In support of this Notice, Ralph D. Davis, states that a copy of the order was sent to Plaintiff Dennis R. Weir by email, regular mail and by certified mail on April 4, 2016.  On April 8, 2016, Plaintiff Dennis R. Weir confirmed receipt of the order by a text message sent from his telephone at 10:02 a.m. CDT (11:02 a.m. EDT).

                                                    RALPH D. DAVIS,

                                                    By: <u>S/ Ralph D. Davis</u>
                                                    Ralph D. Davis
                                                    Illinois Atty. #6196388
                                                    (Lead Counsel Designate)
                                                    RALPH DAVIS LAW
                                                    416 Main St.
                                                    Suite 529
                                                    Peoria, IL 61602
                                                    309-676-7707 (phone)
                                                    309-676-7706 (fax)
                                                    ralph@ralphdavislaw.com
                                                    filings@ralphdavislaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2016, I caused to be electronically filed the foregoing **NOTICE OF COMPLIANCE** with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| Wayne D Skigen | Samuel A Mormino, Jr. |
| LUCCO, BROWN, THREKKELD | MORMINO, VELLOFF & SNIDER, PC |
| & DAWSON, LLP | 3517 College Avenue |
| 224 St. Louis Street | Alton, IL 62002 |
| P. O. Box 539 | Email: sam@mveslawyers.com |
| Edwardsville, IL 62025 | usdc@mveslawyers.com |
| wskigen@lbtdlaw.com | |

      I also hereby certify that on April 8, 2016, I caused to be mailed the foregoing **NOTICE OF COMPLIANCE** to Dennis R. Weir, by placing it in a pre-paid envelope and depositing said envelope with the U.S. Postal Service in Peoria, Illinois addressed to the following:

Mr. Dennis Weir
2014 SW 17th Avenue
Cape Coral, FL 33991

      S/ Ralph D. Davis
      Ralph D. Davis
      Bar No. 6196388
      RALPH DAVIS LAW
      416 Main St.
      Suite 529
      Peoria, IL 61602
      309-676-7707 (phone)
      309-676-7706 (fax)
      Email: ralph@ralphdavislaw.com
            filings@ralphdavislaw.com